**FILED**

OCT 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States Bankruptcy Court
## for the District of Columbia

In Re:

Michael A. Lesick

Debtor(s)

Rehabilitated Inner City Housing

Plaintiff(s)

Mayor and City Council of Baltimore City,
et al.

Defendant(s)

Case Number:  03-38

Adversary Proceeding Number: 05-10075

CASE NUMBER  1:06CV01847

JUDGE: Gladys Kessler

DECK TYPE: General Civil

DATE STAMP: 10/27/2006

**TO:    Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding.
Included in the transmittal is a copy of order being appealed and a certified copy of the docket
sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|-----|----------|-------|
| 114 | Notice of Appeal | Rehab. Inner City Housing |
| 107 | Order Dismissing Amended Complaint | |

**Other comments:**

| Designations were not filed as required. |
|---|

**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
|---------------------|----------|
| Rehabilitated Inner City Housing, LLC | Thomas J. Mitchell, Esq.<br>PO Box 459<br>Laurel, MD 20725-0459 |



1

| Appellee/Defendant | Attorney |
|---|---|
| Mayor and City Council of Baltimore City | Mary Keenan<br>100 N. Holliday St.,<br>LL82<br>Baltimore, MD 21202 |
| **Michael A. Lesick** | Charles H. Bogino<br>1875 Connecticut Ave., NW<br>Suite 732<br>Washington, DC 20009 |
| **Karen Authement, Esq.**<br>**3723 Old Court Rd**<br>**Suite 204**<br>**Baltimore, MD 21208** | |
| **Urbana Development, LLC** | Anthony Onwuanibe<br>114 West Mulberry Street<br>Baltimore, MD 21201 |
| **Rhonda G. Mitchell** | Anthony Onwuanibe |
| **US Liens, LLC** | Leo W. Ottey, Jr. Esq.<br>1190 West Northern Parkway<br>Suite 124<br>Baltimore, MD 21210 |
| **Baltimore Return Funds, LLC** | Edward M. Kimmel, Esq.<br>7629 Carroll Ave.<br>Suite 500<br>Takoma Park, MD 20912 |

Denise H. Curtis, Clerk

Dated: 10/06/2006                    Deputy Clerk: Katina Tyson

Please return a copy of this transmittal with the following information:

District Court Case Number:
            Judge Assigned:                    *[Affix Label Here]*
            Date Stamp:



ORIGINAL

FILED

JUL 3 1 2006

Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

MICHAEL A. LESICK                )
Debtor                           )    Case No. 03-00039
                                 )    Chapter 7
_____)
                                 )
REHABILITATED INNER CITY         )
HOUSING, LLC                     )
  Plaintiff                      )
                                 )
v.                               )    Adversary Proceeding No. 05-10075
                                 )
MAYOR AND CITY COUNCIL           )
OF BALTIMORE CITY, et al.        )
                                 )
     Defendants                  )
_____)

FEE NOT PAID

### NOTICE OF APPEAL

PLAINTIFF Rehabilitated Inner City Housing, LLC, by and through its undersigned

Attorney, Thomas J. Mitchell, appeals under 29 U.S.C. §158 (a) or (b) from the order of

the bankruptcy judge entered in this Adversary proceeding on July 19, 2006.

The names of all parties to the Order appealed from and the names,

Addresses, and telephone numbers of their respective attorneys are as follows:


Rehabilitated Inner City Housing, LLC
Thomas J. Mitchell, Esq.
P.O. Box 459
Laurel, Maryland 20725-0459
(240) 475-8270

Mayor and City Council of Baltimore
Mary F. Keenan, Esq.
100 N. Holliday Street, LL82
Baltimore, MD 21202
(410) 396-3968



Michael A. Lesick
Charles H. Bogino, Esq.
1875 Connecticut Avenue, N.W.
Suite 732
Washington, DC 20009
(202) 232-5529

Karen Authement, Esq.
3723 Old Court Road
Suite 204
Baltimore, Maryland 21208
(410) 415-7071

Urbana Development, LLC
Anthony C. Onwuanibe, Esq.
114 West Mulberry Street
Baltimore, Maryland 21201
(301) 776-7743

Rhonda G. Mitchell
Anthony C. Onwuanibe, Esq.
114 West Mulberry Street
Baltimore, Maryland 21201
(301) 776-7743

U.S. Liens, LLC
Leo W. Ottey, Jr. Esq.
1190 West Northern Parkway
Suite 124
Baltimore, Maryland 21210
(410) 433-4100

Baltimore Return Funds, LLC
Edward M. Kimmel, Esq.
7629 Carroll Avenue
Suite 500
Takoma Park, Maryland 20912
(301) 891-8454

Baltimore Return Funds, LLC
Cheryl Snyder Taragin, Esq.
10420 Little Patuxent Parkwasy
Suite 100
Columbia, MD 21044
(410) 730-6356

Fidelity Tax, LLC
John E. Reid, Esq.
DeLaurentis, Reiff & Turner, LLC
9891 Broken Land Parkway
Suite 301
Columbia, Maryland 21046
(443) 539-2000 x 104

Compound Yield Play, LLC
Andrew W. Gray, Esq.
2014 East Baltimore Street
Baltimore, Maryland 21231
(410) 522-0998

/s/
Thomas J. Mitchell, Esq.
Federal Bar No.: 11349
Post Office Box 459
Laurel, Maryland 20725
Voice (240) 475-8270
Fax    (301) 604-4127
E-mail tjmitchell.law@verizon.net
Counsel for Plaintiff

**APPEAL**

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia
## (Washington, D.C.)
## Adversary Proceeding #: 05-10075
### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin
Teel, Jr.
*Related BK Case:* 03-00038
*Related BK Title:* Michael A. Lesick
*Demand:*

*Nature[s] of Suit:* 456 Declaratory
Judgment

*Date Filed:* 11/07/05

**Debtor**
-----------------------

**Michael A. Lesick**
1325 15th Street, N.W.
Apartment #1012
Washington, DC 20005
( )
SSN: 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

represented by **Charles H. Bogino**
The Law Office of Charles H.
Bogino
1875 Connecticut Avenue,
NW Suite 732
Washington, DC 20009
202- 232-5529
Fax : (202) 478-1708
Email:
chas_bogino@yahoo.com
*LEAD ATTORNEY*

**Plaintiff**
-----------------------

**Rehabilitated Inner City
Housing, LLC**
9832 Business Way

represented by **Thomas J. Mitchell**
Thomas J. Mitchell, Esq.
P.O. Box 459

Manassas, VA 20110-4151

Laurel, MD 20725-0459
(240) 475-8270
Fax : (301) 604-4127
Email:
tjmitchell.law@verizon.net
*LEAD ATTORNEY*

V.

**Defendant**

-----------------------

**Mayor and City Council of Baltimore City**
101 City Hall
Baltimore, MD 21202

represented by **Mary F. Keenan**
Mayor & City Council of
Baltimore
100 N. Holliday Street
Baltimore City Hall
Room LL82
Baltimore, MD 21202
410-396-3968
*LEAD ATTORNEY*

**Ralph S. Tyler**
111 South Calvert Street
Baltimore, Md 21202
(410) 659-2700
Email:
ralph.tyler@baltimorecity.gov
*LEAD ATTORNEY*

**First Choice Investors, LLC**
1616 South Voss
Suite 800
Houston, TX 77057

**Tango Properties, LLC**
301 North Charles Street
Suite $502
Baltimore, MD 21201

**Mid Atlantic Tax Sale, LLC**
3723 Old Court Road

represented by **Karen Authement**
3723 old court road ste 204

Suite 206
Baltimore, MD 21208

**Charles Fergusson**
3009 Ellerslie Ave.
Baltimore, MD

**Michael Shea, Assignee**
2611 Creighton Avenue
Baltimore, MD

**Compound Yield Play, LLC**
P.O. Box 741109
Houston, TX 77274

**Urbana Development, LLC**
207 E. Redwood Street
Baltimore, MD 21202

**Rhonda G. Mitchell**
1119 Oak Tree Drive
Havre De Grace, MD 21078

**Friedman Properties**
10705 Goldwater Court
Potomac, MD 20854

**Samuel Lamoy**
512 E. Patapsco Avenue
Baltimore, MD 21225

**Y R 1 LLC**
856 Whitmore Avenue
Baltimore, MD 21216

**Carolyn Parker**
2303 Killoran Road
Timonium, MD 21093

**MKR Certificates, LLC**
124 Slade Avenue
Suite 212
Baltimore, MD 21208

baltimore, md 21208
Email: kauthement@kenny-law.com

represented by **Compound Yield Play, LLC**
PRO SE

represented by **Anthony C. Onwuanibe**
114 West Mulberry Street
Baltimore, MD 21201
(301) 776-7743
*LEAD ATTORNEY*

represented by **Anthony C. Onwuanibe**
(See above for address)

**MKR Certificates, LLC**
2330 W. Joppa Road
Lutherville, MD 21093

**US Liens, LLC**                    represented by **Leo W Ottey, JR**
PO Box 352                                          1190 West Northern Parkway
Gambrills, MD 21054                                 Suite 124
                                                    Baltimore, MD 21210
                                                    410-433-4100
                                                    Email: otteyjr@aol.com
                                                    *LEAD ATTORNEY*

                                                    **Leo W Ottey, JR**
                                                    1190 West Northern Parkway
                                                    Suite 124
                                                    Baltimore, MD 21210
                                                    usa
                                                    410-433-4100
                                                    Email: otteyjr@aol.com

**Suit Yourself, LLC**
825 North Charles Street
Baltimore, MD 21201

**Broadway 2001, LLC**
825 N. Charles Street
Baltimore, MD 21201

**Baltimore Return Funds,**          represented by **Baltimore Return Funds,**
**LLC**                                              **LLC**
207 Redwood Street                                   PRO SE
Suite 804
Baltimore, MD 21202

**Baltimore Return Funds,**          represented by **Cheryl Snyder Taragin**
**LLC**                                              10420 Little Patuxent Parkway
PO Box 74119
Houston, TX 77274                                    Suite 100
                                                    Columbia, MD 21044
                                                    410-730-6536
                                                    Email: cheryl@drazinlaw.com
                                                    *LEAD ATTORNEY*

**Edward M. Kimmel**
Kimmel & Roxborough, LLC
7629 Carroll Avenue
Suite 500
Takoma Park, MD 20912
301-891-8454
Fax : 301-270-2137
Email: kimmel@debts-
solved.com

**Lanpa, LLC**
2719 Pennslvania Avenue
Baltimore, MD 21217

**Dear Management &
Construction Co.**
5903 Western Run Drive
Baltimore, MD 21209

**N.B.S., Inc.**
5616 Park Heights Avenue
Baltimore, MD 21215

**Uptown Realty Co. LP**
5616 Park Heights Avenue
Baltimore, MD 21215

| Filing Date | # | Docket Text |
|---|---|---|
| 07/19/2006 | ⊙107 | Order Dismissing Amended Complaint in Part Re: (Related Document(s) #:15 Motion to Dismiss Party, 83 Motion to Dismiss Party, 30 Motion to Dismiss Party, 14 Motion to Dismiss Adversary Proceeding, 53 Motion to Dismiss Party, 85 Motion to Dismiss Party, 19 Motion to Dismiss Party.) Ordered that this Amended Complaint and this Adversary Proceeding are Dismissed with Respect to Suit Yourself,LLC.,Michael Shea, Friedman Properties, Urbana Development LLC., MKR |

| | | |
|---|---|---|
| | | Certificates,LLC., Compound Yield Play, LLC., First Choice Investments, Carolyn Parker, Mid Atlantic Tax Sale, LLC., Samuel Lamoy, U.S. Liens, LLC., Rhonda Mitchell, Baltimore Return Funds,LLC., Tango Properties, Dear Management and Construction Company, N.B. S.Inc., and Uptown Realty Co. Limited Partnership. It is Further Ordered that RICH's Claim for Relief Under 11 USC 362(h) is Dismissed. It is Further Ordered that the Amended Complaint is Dismissed With Respect to the Real Estate Tax Lien Auction Sales Conducted May 2005. Order entered on 7/19/2006. (Myers, Sally) (Entered: 07/19/2006) |
| 07/19/2006 | ❑108 | Order Canceling Hearing and Dismissing Motion To Continue As Moot (Related Document #: 104) Entered on 7/19/2006. (Myers, Sally) (Entered: 07/19/2006) |
| 07/21/2006 | ❑109 | Order Granting Motion to Admit Paper Filings (Related Document #: 98) Entered on 7/21/2006. (Myers, Sally) (Entered: 07/21/2006) |
| 07/21/2006 | ❑110 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:106 Memorandum Decision, ) No. of Notices: 3. Service Date 07/21/2006. (Admin.) (Entered: 07/22/2006) |
| 07/21/2006 | ❑111 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:107 Order, , , ) No. of Notices: 3. Service Date 07/21/2006. (Admin.) (Entered: 07/22/2006) |
| 07/21/2006 | ❑112 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:108 Order on Motion to Continue Hearing) No. of Notices: 3. Service Date 07/21/2006. (Admin.) (Entered: 07/22/2006) |
| | | |

| 07/23/2006 | 113 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:109 Order on Motion for Leave) No. of Notices: 1. Service Date 07/23/2006. (Admin.) (Entered: 07/24/2006) |
|---|---|---|
| 07/31/2006 | 114 | Notice of Appeal . Fee Amount $255.00 Was Not Paid Filed by Rehabilitated Inner City Housing, LLC (Re: Related Document(s) #:107 Order, , , , .) Appellant Designation due by 8/10/2006. (Tyson, Katina) (Entered: 08/02/2006) |
| 08/03/2006 | 115 | Notice to Party Filing Deficient Pleading (s)/Document(s). (Re: Related Document(s) #:114 Notice of Appeal) Deficient Pleading(s)/Document (s) due by 8/10/2006. FEE NOT PAID (Meador, Patti) (Entered: 08/03/2006) |
| 08/10/2006 | 116 | Receipt of Appeal Filing Fee - $255.00 by RJ. Receipt Number 00066612. Payment received from Thomas J. Mitchell. (admin) (Entered: 08/10/2006) |
| 08/11/2006 | 117 | Notice of Appearance and Request for Notice Filed by Leo W Ottey JR on behalf of US Liens, LLC. (Ottey, Leo) (Entered: 08/11/2006) |



CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY:

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001


NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT


In re: _MICHAEL  A.  LESICK_

Bankruptcy No. _03- 38_
_ADVERSARY    PROCEEDING  NO._

YOU ARE HEREBY NOTIFIED that on the _26th_ day of _OCTOBER_, 20_06_, the

appeal referred to above was entered on the docket and was assigned to Judge **KESSLER, J. GK**

_____ and received the Civil Action No. _06-1847_____.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which

provides:

(1) The Applicant shall serve and file his brief within fifteen (15) days after entry of
the appeal;

(2) The Appellee shall serve and file his brief within fifteen (15) days after service of
the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within ten (10) days after service
of the brief of the appellee.

Papers filed with the Clerk's Office must be filed in duplicate.  In addition, please

include on all subsequent papers both the Bankruptcy and Civil Action numbers.


NANCY MAYER-WHITTINGTON, CLERK

BY _Maureen  Higgins_
Deputy Clerk

cc: Clerk, U.S. Bankruptcy Court for D.C.

_CHARLES  BOGINO_
_THOMAS  MITCHELL_

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**

*IR: MICHAEL A. LESICK - 11001 REAHMBILITATED INNER CITY HOUSING*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)   *88888*

**DEFENDANTS**

*MAYOR + CITY COUNCIL OF BALTIMORE CITY ET AL*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR...

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

AT

CASE NUMBER   1:06CV01847

JUDGE: Gladys Kessler

DECK TYPE: General Civil

DATE STAMP: 10/27/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHI...** ...NE BOX
FOR PLAINTIFF A... ...ES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G. Habeas Corpus/ 2255**<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **Employment Discrimination**<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **I. FOIA/PRIVACY ACT**<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **J. Student Loan**<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K. Labor/ERISA (non-employment)**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L. Other Civil Rights (non-employment)**<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ **M. Contract**<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ **N. Three-Judge Court**<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

BANKRUPTCY APPEAL   11: 8001

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** _____   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES   ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   NF   ☐ YES   ☐ NO   If yes, please complete related case form.

DATE 10·26·06   SIGNATURE OF ATTORNEY OF RECORD   NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd