UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
IN RE:                         )
MICHAEL A. LESICK,             )
                               )
          Debtor,              )
                               )
REHABILITATED INNER CITY       )
HOUSING,                       )
                               )
          Appellant,           )
                               )
     v.                        )   Civil Action No. 06-1847 (GK)
                               )
MAYOR AND CITY COUNCIL OF      )
BALTIMORE CITY, et al.,        )
                               )
          Appellees.           )
_____)
```

### ORDER TO SHOW CAUSE

On October 27, 2006, the clerk entered the record on appeal in this matter pursuant to Fed. R. Bankr. P. 8007(b). Since that time, Appellant has failed to file its brief. Fed. R. Bankr. P. 8009(a)(1) requires that "[t]he appellant shall serve and file a brief within 15 days after entry of the appeal on the docket pursuant to Rule 8007." Accordingly, it is hereby

**ORDERED** that Plaintiff show cause no later than **June 20, 2007,** why this appeal should not be dismissed for failure to comply with Bankruptcy Rule 8009.

```
June 5, 2007                              /s/
                                          Gladys Kessler
                                          U.S. District Judge
```

**Copies to: Attorneys of record via ECF**