UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>MICHAEL A. LESICK, )<br>)<br>      Debtor, )<br>)<br>REHABILITATED INNER CITY )<br>HOUSING, )<br>)<br>      Appellant, )<br>)<br>   v. )<br>)<br>MAYOR AND CITY COUNCIL OF )<br>BALTIMORE CITY, et al., )<br>)<br>      Appellees. ) | Civil Action No. 06-1847 (GK) |

### ORDER

On June 5, 2007, the Court issued an Order to Show Cause by June 20, 2007 why this appeal should not be dismissed for failure to comply with Fed. R. Bankr. P. 8009. Appellant has failed to submit a response. Accordingly, it is hereby

**ORDERED** that this appeal is dismissed for failure to comply with Bankruptcy Rule 8009.

June 21, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**